1   DAVID R. SINGH (Bar No. 300840)
    david.singh@weil.com
2   AMY TU QUYEN LE (Bar No. 341925)
    amy.le@weil.com
3   WEIL, GOTSHAL & MANGES LLP
4   201 Redwood Shores Parkway, 6th Floor
    Redwood Shores, CA 94065-1134
5   Telephone: (650) 802-3000
    Facsimile: (650) 802-3100
6
7   Attorneys for Defendant PHILO, INC.

8   JOSEPH HENRY (HANK) BATES, III (Bar No. 167688)
    hbates@cbplaw.com
9   CARNEY BATES & PULLIAM, PLLC
    519 W. 7th St.
10  Little Rock, AR, 72201
    Telephone: 501-312-8500
11  Facsimile: 501-312-8505

12
    Attorneys for Plaintiffs TOMIKA MAY and MATTHEW KIRSHCENBAUM
13
    (Additional Counsel Listed on Signature Page)
14

15                  UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                     SAN FRANCISCO DIVISION

18

19  TOMIKA MAY and MATTHEW                    Case No. 4:23-cv-01394-MMC
    KIRSHCENBAUM, on behalf of themselves and
20  all others similarly situated,            **STIPULATION TO EXTEND THE TIME**
                                              **FOR DEFENDANT PHILO, INC. TO**
21         Plaintiffs,                        **ANSWER OR OTHERWISE RESPOND TO**
    v.                                        **THE COMPLAINT PURSUANT TO L.R. 6.1**
22
23  PHILO, INC.,                             Dept.:  Courtroom 7 – 19th Floor
                                              Judge:  Honorable Maxine M. Chesney
24         Defendant.

25

26

27

28

STIPULATION TO EXTEND TIME FOR DEFENDANT                    CASE NO. 3:23-cv-01394-MMC
PHILO, INC. TO ANSWER OR OTHERWISE
RESPOND TO THE COMPLAINT

1    The undersigned counsel for Tomika May and Matthew Kirschenbaum ("Plaintiffs") and Philo,

2  Inc. ("Defendant") (together, the "Parties") in the above-captioned action hereby stipulate and agree,

3  pursuant to Civil Local Rule 6-1(a), as follows:

4    WHEREAS Plaintiffs filed a complaint in the above-captioned case on March 24, 2023;

5    WHEREAS the Parties conferred and agreed to stipulate that Defendant's time to answer or

6  otherwise respond to the complaint should be extended;

7    WHEREAS this Stipulation does not constitute a waiver by Defendant of any defense, including

8  but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, or improper

9  venue.

10    PURSUANT TO LOCAL RULE 6-1(a), THE PARTIES, BY AND THROUGH THEIR

11  UNDERSIGNED COUNSEL, HEREBY STIPULATE AS FOLLOWS:

12    1.    The deadline for Defendant to answer, move, or otherwise respond to the Complaint shall

13  be extended until May 18, 2023.

14    2.    This Stipulation does not constitute a waiver by Defendant of any defense, including but

15  not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, or improper venue.

16    IT IS SO STIPULATED.

17  Dated: April 14, 2023                    Respectfully submitted,

18                                            WEIL, GOTSHAL & MANGES LLP

19
                                             By: /s/ David R. Singh
20                                                 DAVID R. SINGH

21                                            DAVID R. SINGH (Bar No. 300840)
                                             david.singh@weil.com
22                                            AMY TU QUYEN LE (Bar No. 341925)
                                             amy.le@weil.com
23                                            WEIL, GOTSHAL & MANGES LLP
                                             201 Redwood Shores Parkway, 6th Floor
24                                            Redwood Shores, CA 94065-1134
                                             Telephone: (650) 802-3000
25                                            Facsimile: (650) 802-3100

26                                            DAVID L. YOHAI (*pro hac vice* forthcoming)
                                             david.yohai@weil.com
27                                            WEIL, GOTSHAL & MANGES LLP
                                             767 Fifth Avenue
28                                            New York, NY 10153

STIPULATION TO EXTEND TIME FOR DEFENDANT    2           CASE NO. 3:23-cv-01394-MMC
PHILO, INC. TO ANSWER OR OTHERWISE
RESPOND TO THE COMPLAINT

1

Telephone: (212) 310-8000
Facsimile: (212) 310-8007

2

3

Attorneys for Defendant PHILO, INC.

Dated: April 14, 2023

Respectfully submitted,

4

CARNEY BATES & PULLIAM, PLLC

5

6

By:  /s/ Douglas I Cuthbertson
    DOUGLAS I CUTHBERTSON

7

DOUGLAS I. CUTHBERTSON (*pro hac vice*)
dcuthbertson@lchb.com
LIEFF CABRASER HEIMANN AND
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500

8

9

10

11

JOSEPH HENRY (HANK) BATES, III (Bar No.
167688)
hbates@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 W. 7th St.
Little Rock, AR, 72201
Telephone: 501-312-8500
Facsimile: 501-312-8505

12

13

14

15

16

Attorneys for Plaintiffs TOMIKA MAY and
MATTHEW KIRSHCENBAUM

17

18

19

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

20

I, David R. Singh, am the ECF User whose ID and password are being used to file the foregoing.

21

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Douglas I. Cuthbertson concurred in

22

this filing, and I shall maintain records to support this concurrence for subsequent production for the

23

Court if so ordered or for inspection upon request by a party.

24

25

Dated: April 14, 2023

     /s/ David R. Singh
    DAVID R. SINGH

26

27

28

STIPULATION TO EXTEND TIME FOR DEFENDANT          3          CASE NO. 3:23-cv-01394-MMC
PHILO, INC. TO ANSWER OR OTHERWISE
RESPOND TO THE COMPLAINT