**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

October 17, 2023

Douglas I. Cuthbertson
Partner
dcuthbertson@lchb.com

**BY ECF**

The Honorable Maxine M. Chesney
United States District Court for the Northern District of California
San Francisco Courthouse, Courtroom 7 – 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

RE:  *May v. Philo, Inc.*, No. 23-cv-01394-MMC

Dear Judge Chesney:

    I write on behalf of Plaintiffs in the above-captioned action. The Court's July 7, 2023 Order afforded Plaintiffs leave to conduct limited jurisdictional discovery concerning Plaintiff Tomika May and for Plaintiffs to file any supplemental oppositional briefing to Philo's pending motion to dismiss by October 27, 2023. *See* Dkt. 38 at 4. The parties have since engaged in discovery. Plaintiffs hereby notify the Court that they do not intend to file any supplemental briefing in support of their opposition to Philo's motion to dismiss.

    Plaintiffs have notified Defendant Philo, Inc. of the same and are filing this notice solely to assist the Court with efficiently maintaining its docket, including the pending motion to dismiss and related December 1, 2023 hearing on the same.

Respectfully submitted,

Douglas I. Cuthbertson

cc:  All counsel of record (via ECF)