UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMIKA MAY, et al., <br><br> Plaintiffs. <br><br> v. <br><br> PHILO, INC., <br><br> Defendant. | Case No. 23-cv-01394-MMC <br><br> **JUDGMENT IN A CIVIL CASE** <br><br> Re: Dkt. No. 44 |

**( )  Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Defendant's Motion to Dismiss is hereby GRANTED.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 11/7/2023

Mark B. Busby, Clerk of Court

_____
Tracy Geiger
Deputy Clerk